ACCEPTED
01-14-00447-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/24/2015 1:53:04 PM
CHRISTOPHER PRINE
CLERK

# JEREL S. TWYMAN

Attorney at Law
P.O. Box 272271
Houston, Texas 77277-2271
Telephone: 713-664-0770
Facsimile: 713-664-4289
Email: twymanlegal@sbcglobal.net

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/24/2015 1:53:04 PM

CHRISTOPHER A. PRINE
Clerk

August 24, 2015

First Court of Appeals
301 Fannin St.
Houston TX 77002-2066

RE:     Case No. 01-14-00447-CV; Elbar Investments, Inc. vs. Garden Oaks Maintenance
Organization

To the Honorable Justices:

In response to the Letter issued by the Court on August 14, 2015, Elbar Investments, Inc. will
file a brief in the above entitled and numbered cause.

Thank you for your usual courtesy.

Sincerely,

*/s/ Jerel S. Twyman*

Jerel S. Twyman

Copy to W. Austin Barsalou via electronic and/or facsimile transmission